# EXHIBIT AA

9/19/2016 What happens if a driver is not truthful about his/her health history on the medical examination for | Federal Motor Carrier Safety Administration

Case: 3:14-cv-00119-JZ Doc #: 75-28 Filed: 09/23/16 2 of 2. PageID #: 967

United States Department of Transportation



Previous | Next

# What happens if a driver is not truthful about his/her health history on the medical examination form?

The FMCSA medical certification process is designed to ensure drivers are physically qualified to operate commercial vehicles safely. Each driver is required to complete the Health History section on the first page of the examination report and certify that the responses are complete and true. The driver must also certify that he/she understands that inaccurate, false or misleading information may invalidate the examination and medical examiner's certificate.

FMCSA relies on the medical examiner's clinical judgment to decide whether additional information should be obtained from the driver's treating physician. Deliberate omission or falsification of information may invalidate the examination and any certificate issued based on it. A civil penalty may also be levied against the driver under 49 U.S.C. 521(b)(2)(b), either for making a false statement of for concealing a disqualifying condition.

Last Updated : April 1, 2014

## Contact Us

**Federal Motor Carrier Safety Administration**
Medical Program

1200 New Jersey Avenue SE
Washington, DC, DC 20590
United States

FMCSAMedical@dot.gov

Business Hours:
9:00am-5:00pm ET, M-F

Back to Topic

Submit Feedback >